UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>KELVIN DESANGLES )<br>) | CASE NO: 4:18-cr-00092 |

ORDER

Before the Court is the Defendant's motion to unfreeze his access to funds held by the United States Bureau of Prisons (Doc. 74) and the Government's motion for an order directing the Federal Bureau of Prisons to turn over a portion of the same funds to the Federal Clerk in partial payment of the Defendant's criminal restitution balance. (Doc. 75). Upon due consideration, the Government's motion is GRANTED.

Within thirty days hereof, the Federal Bureau of Prisons is directed to remit the balance of inmate Kelvin Desangles' inmate trust account, less $100.00, to the Federal Clerk in the form of a check bearing case number 4:18-cr-00092 and mailed to U.S. Clerk of Court, P.O. Box 8286, Savannah, Georgia 31412. The Clerk of Court shall then apply these funds as payment towards the restitution of Kelvin Desangles, Register Number: 54288-18. The Federal Bureau of Prisons is directed to unencumber Defendant Desangles' inmate trust account once the balance less $100.00 is remitted as ordered.

This __19th__ day of January, 2021.

_____
HON. JUDGE WILLIAM T. MOORE, JR
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA